UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

JOSEPH P. MCINERNY,

                      Plaintiff,

    -v-                                        1:05-CV-1267

RENSSELAER POLYTECHNIC INSTITUTE, et al.,

                      Defendants.
---------------------------------

DAVID N. HURD
United States District Judge

## **O R D E R**

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on March 24, 2006, in Albany, New York, it is hereby

ORDERED that Defendants' motion to dismiss is GRANTED and the complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  March 24, 2006
       Utica, New York.